ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 1 2026
CLERK, U.S. DISTRICT COURT
By ________ Deputy

UNITED STATES OF AMERICA

v.

HELEN MAYEN ADAMS

Case No.

4-26CR-317-P

INDICTMENT

The Grand Jury Charges:

Introduction

1. Defendant **Helen Mayen Adams** was born in Nigeria and is a national of that country. She became a lawful permanent resident of the United States on May 9, 2024. She is not a United States citizen and has never applied to become one.

2. On June 26, 2024, **Adams** registered to vote in Tarrant County using a Texas Voter Registration Application. At the top of this form, there is a qualification list that states "You must be a citizen of the United States" to register to vote. Further down on the form she signed her name affirming (1) that she understood that "giving false information to procure a voter registration is perjury, and a crime under state and federal law" and (2) that she was "a resident of this county and a U.S. citizen."

3. Based on the information **Adams** provided in her application, including her false statement that she was a United States citizen, **Adams's** application to register to vote was accepted, and she was successfully registered to vote in the State of Texas.

4. On or about November 5, 2024, **Adams** voted in person for the general and special elections. She cast her ballot at the Tarrant County Subcourthouse in Arlington, Texas. The 2024 general election included an election for the offices of President of the United States, Vice President of the United States, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

5. Paragraphs 1 through 4 are incorporated in each Count of this Indictment.

***[Remainder of page intentionally left blank]***

<u>Count One</u>
Voting by an Alien in a Federal Election
(Violation of 18 U.S.C. § 611)

On or about November 5, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Helen Mayen Adams**, an alien, knowing that she was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611.

Count Two
False Statements of Citizenship in Order to Register to Vote
(Violation of 18 U.S.C. § 1015(f))

On or about June 26, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Helen Mayen Adams**, an alien, knowing that she was not a United States citizen, knowingly made a false statement or claim that she was a citizen of the United States in order to register to vote in a Federal, State, and Local election.

In violation of 18 U.S.C. § 1015(f).

A TRUE BILL.

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

Matthew Capoccia
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Unit #4
Fort Worth, TX 76102
Tel: (817) 252-5200
Fax: (817) 252-5455
Email: matthew.capoccia@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

HELEN MAYEN ADAMS (01)

---

INDICTMENT

18 U.S.C. § 611
Voting by an Alien in a Federal Election

18 U.S.C. § 1015(f)
False Statements of Citizenship in Order to Register to Vote

---

A true bill rendered:

---

FORT WORTH ____________________ FOREPERSON

Filed in open court this 10th day of September, 2026.

---

**Warrant to Issue**

____________________
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: