UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUDGE: JEFFREY L. CURETON | | |
| DEPUTY CLERK: JULIE HARWELL | | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | | USPO/PTSO: Lee |
| INTERPRETER: | | COURT TIME: 10 min |
| A.M. | P.M. | DATE: September 14, 2026 |

[X] DIST. CR. NO. 4:26-CR-317-P USDJ PITTMAN

UNITED STATES OF AMERICA § MATT CAPOCCIA, AUSA

V. §

HELEN MAYEN ADAMS § PRESTON SPIVEY [A]

DEFENDANT(S) NAME(S) AND NUMBER(S) § COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

[X] INITIAL APPEARANCE [ ] IDENTITY [ ] BOND HEARING [ ] PRELIMINARY HEARING
[ ] DETENTION HEARING [ ] COUNSEL DETERMINATION HEARING [ ] REMOVAL HEARING [ ] EXTRADITION HEARING
[ ] HEARING CONTINUED ON ______ CASE NO. ______ [ ] OTHER DISTRICT [ ] DIVISION
[X] DATE OF FEDERAL ARREST/CUSTODY: 9/14/26 [ ] SURRENDER ______ [ ] RULE 5/32 [ ] APPEARED ON WRIT
[X] DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES [ ] PROBATION/SUPERVISED RELEASE VIOLATOR
[X] DEFT FIRST APPEARANCE WITH COUNSEL.
[X] DEFT [ ] MW (MATERIAL WITNESS) ______ APPEARED [ ] WITH [ ] WITHOUT COUNSEL
[X] REQUESTS APPOINTED COUNSEL.
[X] FINANCIAL AFFIDAVIT EXECUTED.
[ ] ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
[X] PRIVATE COUNSEL APPOINTED ______
[ ] DEFT HAS RETAINED COUNSEL ______
[ ] ARRAIGNMENT SET ______ [ ] DETENTION HEARING SET ______
[ ] PRELIMINARY HEARING SET ______ [ ] BOND HEARING SET ______
[ ] COUNSEL DETERMINATION HEARING SET ______
[ ] IDENTITY/REMOVAL HEARING SET ______
[X] BOND [ ] SET [ ] REDUCED TO $ ______ [ ] CASH [ ] SURETY [ ] 10% [X] PR [ ] UNS [ ] 3RD PTY [ ] MW
[ ] NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
[ ] ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
[ ] ORDER OF DETENTION PENDING TRIAL ENTERED.
[X] DEFT ADVISED OF CONDITIONS OF RELEASE.
[X] BOND EXECUTED [X] DEFT [ ] MW (RELEASED) [ ] STATE AUTHORITIES [ ] INS
[ ] DEFT [ ] MW REMANDED TO CUSTODY.
[ ] DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
[ ] WAIVER OF [ ] PRELIMINARY HEARING [ ] RULE 5/32 HEARING [ ] DETENTION HEARING
[ ] COURT FINDS PROBABLE CAUSE [ ] ID [ ] PC.
[ ] DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
[ ] GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
[X] REMARKS: Rule 5(f) Admonishment given; ~~[illegible]~~ Gov't & Deft proffered testimony as to detention